NEWPORT NEWS & O. P. RY. & ELECTRIC CO. v. HAMPTON ROADS RY. & ELECTRIC CO. et al. (Circuit Court of Appeals, Fourth Circuit.

July 14, 1904.) No. 555. Appeal from the Circuit Court of the United States for the Eastern District of Virginia. S. Gordon Cumming, R. T. Thorp, and Charles T. O'Ferrall, for appellant. A. L. Holladay and R. G. Bickford, for appellee.

Decree filed vacating supersedeas and dismissing appeal. See 131 Fed. 534.